455 A.2d 193

## Commonwealth v. Dixon, Appellant.

Submitted December 16, 1981. Patrick

J. Duffy, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.